

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16 P 4:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHLEY D. ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1346** |
| **STATE OF LOUISIANA** | **SECTION "A" (1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of **Ashley D. Robinson** for federal *habeas corpus* relief pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____